IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Thomas W. Scott, Jr., et. al., | Case No. 16-cv-2859-JG |
| Plaintiffs, | Hon. James Gwin |
| v. | **PLAINTIFF'S PRELIMINARY BUDGET OF ATTORNEYS FEES AND EXPENSES** |
| Select Portfolio Servicing, Inc. | |
| Defendant. | |

Plaintiffs' counsel's preliminary budget of Attorney's fees and costs for this matter pursuant to the Case Management Order.

Attorney's Fees

| | |
|---|---|
| Preliminary Investigation & Filing the Complaint | $4,226.75 |
| Procedural Motion Practice | $12,500.00 |
| Discovery | $25,000.00 |
| Dispositive Motions Practice | $15,000.00 |
| Settlement Negotiations | $4,000.00 |
| Trial-including preparation | $50,000.00 |
| **TOTAL** | **$110,726.75** |

Costs

| | |
|---|---|
| Depositions | $17,500.00 |
| Experts | $25,000.00 |
| Witness Fees | $500.00 |
| Other, i.e., copies, postage, overnight, exhibits | $5,000.00 |
| **TOTAL** | **$48,000.00** |

1

Respectfully submitted,

/s/ Marc E. Dann
Marc E. Dann (0039425)
Paul Bellamy (0005314)
**THE DANN LAW FIRM CO., L.P.A.**
P.O. Box 6031040
Cleveland, OH 44103
Office: (216)373-0539
Fax: (216)373-0536
notices@dannlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via electronic mail on Monday, January 9, 2017 to the parties listed below:

David Wallace
Carpenter Lipps
wallace@carpenterlipps.com

/s/ Marc E. Dann
Marc E. Dann (0039425)
THE DANN LAW FIRM CO., L.P.A.